RECEIVED
AUG 11 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Allen Nelson Sr

Plaintiff(s),

vs.

State of Minnesota
City Council Members
Department of Health

Case No. 21cv1825 SRN/DTS
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name  Steven Allen Nelson Sr
      Street Address  2346 Hampden Ave
      County, City  Ramsey Cty, Saint Paul
      State & Zip Code  MN. 55114
      Telephone Number  612-254-7688

SCANNED
AUG 11 2021
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 Minneapolis City Council

   Name  City Council Members

   Street Address  350 S Fifth St. City Hall

   County, City  Minneapolis, Minnesota

   State & Zip Code  Minnesota 55415

   b. Defendant No. 2

   Name  Minnesota Department of Health

   Street Address  625 Robert St. N

   County, City  St. Paul, Ramsey

   State & Zip Code  Minnesota 55164

   c. Defendant No. 3

   Name  C

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question    ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. Tobacco Laws. Health Non-Menthol vs Menthol. Unfair Sales and Advertisement from Tax Payers money False Research opinions. Channel 5 neglecting Serve for me.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Steven Allen Nelson Sr   State of Citizenship: Minnesota

   Defendant No. 1: City Council Member   State of Citizenship: Minnesota

   Defendant No. 2: Department of Health   State of Citizenship: Minnesota

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.
   Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota
   ☒ Other: explain, Made a Complaint to City Council Members Mayor of Minneapolis took Copies to both Office at the reaching out to Keith Ellison

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

I went to the first meeting of Stop selling Menthol Cigarettes I left in hallway while one Red Tshirt and Green Tshirt were allowed in denied to speak. 3. It was orchastrated with Green Tshirt People Power

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. I was annoyed at TV commercial Targeting Menthol cigarette with Children Vipers, Flavored Tobacco. Using NewPort and number as a Case for Prejudice, because Black Citizens spend Billons on Menthol, Non-Menthol has cigarettes "The Marlboro Man They Kill as much or More as Menthol. You see Marlboro today on Shelves everywhere becoose White people smoke. If we cant buy Menthol Why sell Regular, Thats Prejudice, Menthol comes from Mint a Healthy Plant, in tooth paste Breathment and so on. Minnesota Allows White, Foreiners, and not One Black Owened and operation Cigatette Store, That xwhat I'm here to sue for to get money back and Join in People of Color Interprise.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. Give back Menthol Cigarettes back to Concumers who want them Loose the Case of Prejudice, Let People of Color make as much as White People. You cant take Your Money where you go when you die. I ask to win my case for $3,000,000,000.00. For all I spent, to goin Business with People of Color to buy land.

4

Signed this ___   day of _____ ___

Signature of Plaintiff _Steven Allen Mehra Sr._

Mailing Address 2346 Hampden Ave
Saint Paul, MN, 55114

Telephone Number 612-244-7688

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.